### CHAUNCEY MORGAN AND SETH JONES *versus* GIDEON J. LEET.

JOURNAL ENTRIES (1826–30): *Journal 4:* (1) Continued *p. 99; (2) continued *p. 101; (3) continued *p. 138; (4) rule to assign errors, rule extended *p. 191; (5) continued *p. 239; (6) continued *p. 333; (7) cause argued, submitted *p. 414; (8) judgment reversed *p. 425.
PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) precipe for certiorari; (3) writ of certiorari and return; (4) stipulation for assignment of errors; (5) assignment of errors, joinder; (6) memo. of authorities; (7) writ of fi. fa. for costs, return.
*1824–36 Calendar,* MS p. 110.